IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES MAJOR McCOY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-358 |
| | § | |
| UPSHUR COUNTY, TEXAS | § | |
| | § | |
| *Defendant*. | § | |

PLAINTIFF'S AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW James Major McCoy, Plaintiff in the above-referenced and -numbered action, and files this his Agreed Motion to Dismiss with Prejudice each and all of his claims in this litigation, and would respectfully show unto the Court as follows:

The Parties have amicably resolved all disputes, claims, and causes of action in this matter. Plaintiff therefore respectfully requests that the Court dismiss with prejudice each and all of his claims in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that each and every claim against each and every Defendant in the above-entitled and numbered cause be dismissed with prejudice. Plaintiff further prays that all costs of Court incurred herein be adjudged against the party incurring same, and that the Court enter a Final Order of Dismissal of all claims against all Defendants in this cause.

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 379-0843 Telephone
(214) 379-0840 Telecopy

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant confirmed by that Defendant does not oppose the relief sought by this motion pursuant to a settlement between the parties on August 5, 2024.

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system, and electronic mail.

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.