IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES MAJOR McCOY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:23-cv-358 |
| UPSHUR COUNTY, TEXAS | § § § | |
| *Defendant*. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME on this day Plaintiff's Agreed Motion to Dismiss with Prejudice all claims against each and every Defendant in the above-referenced matter. After considering Plaintiff's Motion, the Court finds that this Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that each and all of Plaintiff's claims in this litigation are dismissed with prejudice. Costs are taxed against the party incurring the same. This is a final judgment as to all claims in this case against each and every Defendant. All relief not specifically granted herein is hereby denied.

**IT IS SO ORDERED.**

**SIGNED this 28th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE